STATE, HUNT, PROSECUTOR, v. RAHWAY.

On error to the Supreme Court.

For the plaintiff in error, *J. H. Stone.*

For the defendant in error, *Leslie Lupton.*

PER CURIAM.    The judgment of the Supreme Court is affirmed, for the reasons stated in the opinion of that court. 10 *Vroom* 646.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, DALRIMPLE, DEPUE, KNAPP, REED, SCUDDER, VAN SYCKEL, WOODHULL, GREEN, LATHROP.    11.

*For reversal*—None.

---

E. C. FULLER, COLLECTOR, PLAINTIFF IN ERROR, v. STATE, J. H. BALDWIN, PROSECUTOR, DEFENDANT IN ERROR.

On error to the Supreme Court.

For the plaintiff in error, *J. L. Blake.*

For the defendant in error, *J. L. Munn.*

PER CURIAM.    The judgment of the Supreme Court is affirmed, for the reasons stated in the opinion of that court. 10 *Vroom* 576.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, DIXON, KNAPP, REED, WOODHULL, DODD, GREEN, LILLY.    9.

*For reversal*—None.